# LAW OFFICE OF ROBERT OSUNA, PC
## 11 PARK PLACE, SUITE 1100
### NEW YORK, NEW YORK 10007
### 212.233.1033
### ROBERTOSUNAPC@YAHOO.COM

Via ECF

April 21, 2026    **MEMO ENDORSED**

Hon. Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re:*    ***United States v. Miguel Garcia, 26 Cr. 44***
        ***Request for Extension of Time to File Pre-Sentencing Memorandum***

Dear Judge Stein,

As Your Honor is aware, my office represents Mr. Garcia, who is currently scheduled for sentencing on May 5, 2026.

I write to Your Honor seeking a brief extension to file defendant's pre-sentencing memorandum by Friday, April 24, 2026.

Defense's sentencing memorandum is due today. However, we have yet to receive some additional medical records from Mr. Garcia's various doctors. We expect to obtain these in the next couple of days, thus we ask for a brief extension to file our memo.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.

**The defendant's sentencing submission is due by Friday, April 24, 2026.**

Dated: New York, New York
        April 21, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.