## LAW OFFICE OF ROBERT OSUNA, PC
### 11 PARK PLACE, SUITE 1100
### NEW YORK, NEW YORK 10007
### 212.233.1033
### ROBERTOSUNAPC@YAHOO.COM

Via ECF

June 9, 2026

Hon. Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*MEMO ENDORSED*

Re:   *United States v. Miguel Garcia, 26 Cr. 44*
      ***Request to Extend Self-Surrender Date with the Consent of the Government***

Dear Judge Stein,

As Your Honor is aware, Mr. Garcia is scheduled to self-surrender this Friday, June 12, 2026.

We have received his designation and he has been designated to FPC Montgomery in Alabama.

We ask to extend his surrender for three weeks to July 3rd, 2026, to work with BOP and have Mr. Garcia re-designated to a facility closer to his family. Please see designation letter attached.

We further ask to maintain the previously approved social visit to the same schedule, Thursday June 11, and continue the location monitoring until it is removed ~~a day prior to his surrender in July.~~ on July 1, 2026.

I have conferred with the Government and they consent to these requests.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.

*June 9, 2026*
*So Ordered.*
*Sidney H Stein*
*U.S.D.J.*