LAW OFFICE OF ROBERT OSUNA, PC
11 PARK PLACE, SUITE 1100
NEW YORK, NEW YORK 10007
212.233.1033
ROBERTOSUNAPC@YAHOO.COM

**Via ECF**

September 28, 2026

**MEMO ENDORSED**

Hon. Sidney H. Stein
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: United States v. Miguel Garcia, 26 Cr. 44***
***Request for Return of Passport***

Dear Judge Stein,

My office represents Mr. Garcia in the above matter.

Mr. Garcia is currently serving his imposed sentence.

We respectfully request that Your Honor issue an Order directing the Pretrial Services Office to release Mr. Garcia's passport to his family.

I thank Your Honor for your time and attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By: Robert Osuna, Esq.

**Pretrial services is directed to release Mr. Garcia's passport to his family.**

**Dated: New York, New York**
**September 29, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**